

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

April 22, 2026

**<u>Via ECF</u>**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

     Re:   *Trivino Bravo v. Soto, et al.,* **26-cv-04210 (MEF)**
         **Request for *Nunc Pro Tunc* Extension**

Dear Judge Farbiarz:

    This Office represents Respondents in this immigration habeas matter. We write to respectfully request an 8-minute extension of time to respond to Your Honor's April 21, 2026, Text Order, *nunc pro tunc*, from 4:00 p.m. to 4:08 p.m., on April 22, 2026. I apologize to the Court and Petitioner for our late filing of this afternoon's submission, which resulted from my initial misinterpretation of the deadline.

    We thank the Court for its consideration of this matter.

                    Respectfully submitted,

                    ROBERT FRAZER
                    United States Attorney

        By:    */s/ Jessica Laserna*
                    JESSICA LASERNA
                    Assistant United States Attorney
                    *Attorneys for Respondents*

cc: Counsel of record (via ECF)

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J
Date: April 27, 2026